# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**781**

**CA 13-02083**

PRESENT: SMITH, J.P., FAHEY, PERADOTTO, SCONIERS, AND VALENTINO, JJ.

---

HILDA WALTERS AND STEPHEN WALTERS,
PLAINTIFFS-RESPONDENTS,

V                                                          ORDER

THE CLEVELAND PLANT AND FLOWER COMPANY
AND ANTHONY F. MUOLO, DEFENDANTS-APPELLANTS.

---

RAWLE & HENDERSON LLP, NEW YORK CITY (ANTHONY D. LUIS OF COUNSEL), FOR DEFENDANTS-APPELLANTS.

CELLINO & BARNES, P.C., ROCHESTER (SCOTT D. CARLTON OF COUNSEL), FOR PLAINTIFFS-RESPONDENTS.

---

Appeal from an order of the Supreme Court, Ontario County (Craig J. Doran, A.J.), entered October 10, 2013 in a personal injury action. The order granted plaintiffs' motion for summary judgment on the issue of defendants' negligence.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on March 18, 2014,

It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.

Entered:  June 13, 2014                          Frances E. Cafarell
                                                 Clerk of the Court